UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| In re DMS Health Technologies, Inc., Data Breach Litigation | Case No. 3:23-cv-204 |

**DMS HEATH TECHNOLOGIES INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil procedure 12(b)(1) and 12(b)(6), Defendant DMS Health Technologies, Inc., moves to dismiss the consolidated Class Action Complaint. ECF No. 26. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Respectfully submitted:

*/s/ James W. Davidson*
James W. Davidson
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422.6100 – T
jdavidson@ohaganmeyer.com
*Attorney for Defendant, DMS Health Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 31, 2024, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

Todd Michael Miller
Solberg Stewart Miller
PO Box 1897
Fargo, ND 58107-1897
701-237-3166
tmiller@solberglaw.com

MIGLIACCIO & RATHOD LLP
Nicholas A. Migliaccio, Admitted *Pro Hac Vice*
412 H Street N.E., Suite 302
Washington, D.C. 20002
T: (202) 470-3520
nmigliaccio@classlawdc.com

> */s/ James W. Davidson*
> James W. Davidson, IL ARDC No. 6281542
> O'Hagan Meyer LLC
> One East Wacker Drive, Suite 3400
> Chicago, Illinois 60601
> 312.422.6100 –T
> 312.422.6110 – F
> jdavidson@ohaganmeyer.com